FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

06 MAR -3  AM 9: 55

FLORIDA

UNITED STATES OF AMERICA, :

    Plaintiff,            :

v.                        :     CASE NO.: 8:06-cr-73-T-27MAP

RAMZY MOUMNEH,       :     **UNDER SEAL**
    A/k/a "Ramsey Moumneh,"   :
KAMAL MOUMNEH,       :
    A/k/a "Kamal Renno,"      :
AMY HUDD,                 :
    A/k/a "Amy Paukner,"      :
CHUONG X. DAM,        :
DEMETRIOS J. VOIKLIS,   :
    A/k/a "James Voiklis,"     :
KIMBERLY BROTHERS,     :
                              :
    Defendants.        :

_____ :

## ORDER TO SEAL AND FOR CERTIFIED COPY OF
## GOVERNMENT'S NOTICE OF LIS PENDENS

      Upon written motion of the United States to seal the Government's Notice of Lis

Pendens, the Court finds that the interests of justice require that the Government's

Notice of Lis Pendens and the Order to Seal be sealed pending the arrest of the

defendants in the instant case; therefore, it is

      ORDERED that the Motion to Seal is GRANTED;

      IT IS  FURTHER ORDERED that the Government's Notice of Lis Pendens, the

Government's Motion to Seal, and the Order to Seal be sealed by the Clerk of Court,

and that the Government's Notice of Lis Pendens will unseal automatically, without

further order of the Court, upon the arrest of any or all of the defendants.

IT IS FURTHER ORDERED that the Clerk provide a certified copy of the Government's Notice of Lis Pendens to Assistant United States Attorney Anita M. Cream, for the purpose of recording said document in the Public Records of Hillsborough County, Florida, upon the arrest of any or all of the defendants.

DONE and ORDERED in Chambers in Tampa, Florida this 2nd day of March 2006.

UNITED STATES DISTRICT JUDGE

Copy to: Anita M. Cream, AUSA

2